UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:

AMY KALT, Debtor and Movant,

v.

30Mething LLC, Clement Leung, and Jordan D. Yuelys, Esq.,

Respondents.

Case No.: 24-22518 (SLM)

Chapter: 7

### NOTICE OF MOTION FOR RELIEF FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(k)

TO: All Parties on the Attached Service List:

PLEASE TAKE NOTICE that the undersigned, Amy Kalt, Debtor pro se, will move before the Honorable Stacey L. Meisel, United States Bankruptcy Judge, at the United States Bankruptcy Court, District of New Jersey, located at 50 Walnut Street, Newark, New Jersey 07102, Courtroom 3A, **on Tuesday, January 13, 2026, at 10:00 AM**, for an Order:

1. Determining that 30mething LLC, Clement Leung, and Jordan D. Yuelys, Esq. willfully violated the automatic stay under 11 U.S.C. § 362(a);

2. Awarding actual damages pursuant to 11 U.S.C. § 362(k); and

3. Granting such other and further relief as the Court deems just and proper.

In support of this Motion, Debtor will rely on the **Motion for Relief**, the **Certification of Amy Kalt**, the **exhibits attached thereto as Exhibits A through L**, the **Memorandum of Law**, and the **Proposed Order** submitted herewith.

PLEASE TAKE FURTHER NOTICE that in accordance with D.N.J. LBR 9013-1(a), responsive papers, if any, must be filed with the Court and served upon the undersigned at least **seven (7) days prior** to the return date of the Motion.

Dated: December, \_\_\_19\_\_\_, 2025

Respectfully submitted,

*Amy Kalt*
Amy Kalt
Debtor Pro Se
770 Anderson Avenue, Apt. 14N
Cliffside Park, NJ 07010 - (201) 726-3856
mjzjewels@yahoo.com